[Hillsborough, June, 1887.]

### ABBOTT *v.* SMITH & *Trs.*, SAWYER & *a.*, claimants.

BINGHAM, J. The sum due the defendant for his labor at the date of the service of the writ was less than twenty dollars. It does not appear that the claim on which the suit is founded is

for necessaries. The trustees are not chargeable, regardless of the question of the validity of the assignment. G. L., c. 249, s. 40.

*Exceptions overruled.*

DOE, C. J., was absent; SMITH, J., did not sit: the others concurred.

*Osgood & Prescott*, for the plaintiff.

*J. H. Andrews*, for the claimants.